UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**  CIVIL ACTION NO. 19-91141-LTS

To the United States Marshal for the District of Massachusetts or either of his Deputies and to the Commonwealth of Massachusetts Department of the State Treasurer, Unclaimed Property Division, Garnishee:

WHEREAS, Oak Point Partners, LLC, as Assignee of Enron Dissolution Corp. f/k/a Enron Creditors Recovery Corp., f/k/a Enron Corp., et al., as Reorganized Debtors, has recovered judgment against Energy Capital Partners on the 10th day of August, 2004, for the sum of $159,528.09, plus interest pursuant to 28 U.S.C. § 1961 from November 17, 2003 through and including the date of satisfaction; as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being not less than $191,186.11, plus accruing interest, in the whole, with interest thereon at the rate of 1.29% (as set forth in 28 U.S.C. § 1961) from November 17, 2003 until satisfaction; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this ___10th___ day of ___April___, 2019.

ROBERT M. FARRELL
CLERK OF COURT

By:   /s/ Leo T. Sorokin
Deputy Clerk